IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| LEON STREATOR, *et al.*, )<br>)<br>Plaintiffs, )<br>v. )<br>)<br>SUNTRUST BANK, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:09-cv-980-MEF<br><br>(WO) |

## **O R D E R**

Upon consideration of the defendant's Motion for Extension of Time (Doc. #33) filed on November 24, 2009, it is hereby

ORDERED that the motion is GRANTED to and including December 9, 2009.

It is further ORDERED that the upon consideration of defendant Bank of America's Motion to Dismiss (Doc. #8) filed on November 5, 2009, and the response of the plaintiffs thereto (Doc. #32), the motion is hereby GRANTED.

DONE this the 24th day of November, 2009.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE