## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **Leon Streator and Ida Streator**, | ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) **Civil Action No.:** 2:09-cv-980 |
| **SunTrust Bank,** et al., | ) ) ) |
| *Defendants.* | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** the Parties, Plaintiff and GMAC, Inc., by and through their respective counselors, and stipulate, pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, that all claims alleged in the Complaint by Plaintiffs against GMAC, Inc. are due to be dismissed with prejudice, with the Parties bearing their own costs, attorneys' fees and expenses. Also, this case is now due to be closed as all Defendants have been dismissed in this matter.

Pursuant to Rule II.C.3 of this Court's Administrative Procedures, Attorney Anthony B. Bush certifies that he has the express permission and agreement of counsel for Defendant to affix his respective electronic signature hereon and further certifies that the Parties have agreed to the terms and conditions of this Joint Stipulation of Dismissal.

**RESPECTFULLY SUBMITTED** this the 19th day of February, 2010.

 

/s/ **Anthony B. Bush**
Anthony B. Bush, Esquire
*Attorney for Plaintiff*
Lewis, Bush & Faulk, LLC
P.O. Box 5059 (36103)
*The Bailey Building*
400 South Union Street, Suite 230
Montgomery, AL 36104
Phone:      (334) 263-7733

      Facsimile:     (334) 832-4390
      anthonybbush@yahoo.com

**/s/ Andrew P. Walsh**

Andrew P. Walsh, Esquire
*Attorney for Defendant*
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
420 North 20th Street
1600 Wachovia Tower
Birmingham, Alabama 35203
Phone: 205-244-3863
Fax: 205-488-3863
Email: awalsh@bakerdonelson.com

### CERTIFICATE OF SERVICE

    I hereby certify that I have served a true and accurate copy of the foregoing document via either United States Postal Mail, properly addressed and postage pre-paid or through this court's CM/ECF Electronic Filing system, on this the 19th day of February, 2010, on the following:

**All Parties of Record.**

**/s/ Anthony Brian Bush**
Anthony B. Bush (BUS028)
Of Counsel