IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEON STREATOR AND IDA, STREATOR | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | CASE NO. 2:09-cv-980-MEF |
| SUNTRUST BANK, *et al.*, | ) ) | (WO) |
| Defendants. | ) | |

# **O R D E R**

Because none of the parties have objected to the plaintiff's Motion to Dismiss with Prejudice (Doc. # 49), filed on February 18, 2010, it is hereby

ORDERED that the motion to dismiss is GRANTED. All claims against Defendants Experian Information Solutions, Inc. and Bank of America are DISMISSED with prejudice, each party to bear its own costs.

DONE this the 2nd day of March, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE