IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| LEON STREATOR AND IDA, STREATOR | ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | CASE NO. 2:09-cv-980-MEF |
| SUNTRUST BANK, *et al.*, | ) ) | (WO) |
| Defendants. | ) | |

# **FINAL JUDGMENT**

Pursuant to the Joint Stipulation of Dismissal with Prejudice (Doc. # 50) filed by the parties on February 19, 2010, it is hereby

ORDERED and ADJUDGED that this case is DISMISSED in its entirety with prejudice, each party to bear its own costs and expenses.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment under Federal Rule of Civil Procedure 58.

DONE this the 2nd day of March, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE